■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BARRETT, Appellant. [624 NYS2d 879] —Appeal by the defendant from a judgment of the Supreme Court, Kings County

(Goldstein, J.), rendered November 19, 1992, convicting him of rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that it was error for the court to have permitted into evidence the complainant's out-of-court statements that the defendant raped her is unpreserved for appellate review (see, CPL 470.05 [2]; *People v Bacchus*, 175 AD2d 248; *People v Alston*, 163 AD2d 398). In any event, the testimony complained of on appeal was properly admitted as evidence of the complainant's "prompt outcry" that she had been raped (see generally, *People v McDaniel*, 81 NY2d 10; *People v Rice*, 75 NY2d 929). Rosenblatt, J. P., Lawrence, Altman and Hart, JJ., concur.